HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
TOMAS MONGE-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-0384 LKK |
|---|---|
| | ) Case No. 2:13-CR-0328 LKK |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS AND** |
| | ) **EXCLUDING TIME** |
| TOMAS MONGE-FELIX, | ) |
| | ) |
| Defendant. | ) Date: December 3, 2013 |
| | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Tomas Monge-Felix, and plaintiff, United States of America, that the status conference scheduled in the above two cases for December 3, 2013, may be continued to December 17, 2013, at 9:15 a.m.

Mr. Monge-Felix was arraigned on the indictment in 2:13-CR-0328 in October and on a petition alleging a violation of supervised release in 2:10-CR-0384. Although the case alleges a violation of 8 U.S.C. § 1326, the government has declined to treat it as a fast-track matter. Defense counsel seeks

-1-

additional time to review discovery in detail, determine potential sentencing exposure, and determine whether investigation is needed. Accordingly, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Monge-Felix and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through December 17, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 22, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for TOMAS MONGE-FELIX

BENJAMIN WAGNER
United States Attorney

Dated: November 22, 2013  /s/ T. Zindel for N. Desai
NIRAV DESAI
Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The status conference is rescheduled for December 17, 2013, |
| 3 | at 9:15 a.m. Time under the Speedy Trial Act is excluded |
| 4 | through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and |
| 5 | (B)(iv), the Court finding that the ends of justice to be served |
| 6 | by a continuance outweigh the best interests of the public and |
| 7 | the defendant in a speedy trial. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: November 25, 2013 |

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT